Wednesday, June 10, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

RE: "P.D.R." Info.

Style: LaQuita Davis v. State of Texas
    Case Number: 12-00310-CR
    Trial Court Number: 241-0851.00

To Whom It May Concern:

    I was instructed, by the Twelfth Court of Appeals, to obtain information regarding the Petition for Discretionary Review in the above named case.

    Any time and consideration given to this matter is greatly appreciated.

                    Very Truly Yours

                    LaQuita R. Davis #10074004
                    1914 N. Highway 36 Bypass
                    Gatesville, Tx 76596